IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES MICHAEL ROBINSON,

    Petitioner,               No. CIV S-05-2489 LKK JFM P

    vs.

WARDEN EVANS,

    Respondent.              FINDINGS & RECOMMENDATIONS

                           /

        By order filed April 26, 2006, petitioner was granted thirty days in which to file either a motion for voluntary dismissal of this action or a motion to stay these proceedings and, as appropriate, an amended petition raising only fully exhausted claims. The April 26, 2006 order provided that any response thereto should be accompanied by either payment of the filing fee for this action or an application to proceed in forma pauperis, and that failure to respond to the order would result in a recommendation that this action be dismissed. The thirty day period has now expired and petitioner has responded in any way to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

1  days after being served with these findings and recommendations, petitioner may file written
2  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3  Findings and Recommendations."  Petitioner is advised that failure to file objections within the
4  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5  F.2d 1153 (9th Cir. 1991).
6  DATED: June 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/robi2489.ftahab